IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00349-CR

 

David Lee Hood,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2005-320-C2

 



MEMORANDUM  Opinion










 

            David Lee Hood was convicted of forgery
and sentenced to two years in state jail.  See Tex. Penal Code Ann. § 32.21 (Vernon Pamp. 2010).  The
sentence was suspended and Hood was placed on community supervision for 5
years.  Community supervision was revoked on August 26, 2010.  Hood appeals the judgment revoking his community supervision.

            Hood was notified by letter of the
Clerk dated September 29, 2010 that the case was subject to dismissal because
it appeared that the certification of defendant’s right of appeal indicated
that Hood waived his right of appeal.  See Tex. R. App. P. 25.2(d).  Hood was further warned that the
Court would dismiss this appeal unless, within 21 days of the date of the
letter, a response was filed showing grounds for continuing the appeal.  More
than 21 days have passed and Hood has not filed a response.

            Accordingly, this appeal is
dismissed.  See Tex. R. App. P.
44.3.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Judge
Scoggins[1]

Appeal
dismissed

Opinion
delivered and filed November 17, 2010

Do
not publish 

[CR25]









[1] 
The Honorable Al Scoggins, Jr.,
Judge of the 378th
District Court of Ellis County,
sitting by assignment of the Chief Justice of the Supreme Court of Texas
pursuant to section 74.003(h) of the Government Code.  See Tex. Gov’t Code Ann. § 74.003(h)
(Vernon 2005).